UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERADATA CORPORATION, ET AL.,
                         Plaintiffs,

-v-

SAP SE, ET AL.,
                         Defendants.

20-MC-365 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This miscellaneous case was filed on November 4, 2020. Counsel for the Defendants are directed to file an appearance with this Court and file a response to Plaintiffs' motion to compel no later than December 2, 2020.

    Counsel for the Plaintiffs shall serve a copy of this order on counsel for the Defendants by November 18, 2020.

    SO ORDERED.

Dated: November 10, 2020
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge