UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERADATA CORPORATION, et al.,

                Plaintiffs,

          -v-

SAP SE, et al.,

                Defendants.

20-MC-365 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties are directed to submit a joint letter within 14 days addressing whether the motion to compel Respondent International Business Machines Corporation to produce discovery (Dkt. No. 4) is moot.

    SO ORDERED.

Dated: November 3, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge