MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: (212) 468-8000
FACSIMILE: (212) 468 -7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

November 15, 2021

Via ECF

Honorable J. Paul Oetken
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

Re:   *Teradata Corporation et al. v. SAP SE et al.*, **No. 1:20-mc-00365-JPO**

Dear Judge Oetken:

Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc. (collectively, "Teradata") and International Business Machine Corporation ("IBM") respectfully submit this joint letter in response to the Court's November 3, 2021 Order. The parties have resolved all outstanding disputes regarding the documents sought in Teradata's November 4, 2020 Motion to Compel Production of Documents (Dkt. No. 4) and IBM has completed its production. Teradata's Motion to Compel is moot.

Respectfully submitted,

/s/ Michael B. Miller
Michael B. Miller
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc.*

Honorable J. Paul Oetken
November 15, 2021
Page Two

<u>/s/ Russell DeClerck</u>
Russell DeClerck
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

*Counsel for International Business Machine Corporation*

cc:     *All counsel of Record* (via ECF)